```
DISTRICT COURT OF THE VIRGIN ISLANDS
        DIVISION OF ST. CROIX
```

United States of America   } CASE NO. Cr 2011/0002
}
vs.   }
}   Charge: Carrying A Firearm during
Dwayne Dennis   }           and in Relation to a Drug
}           Trafficking Crime
}

TO:  Honorable Raymond L. Finch, Senior District Judge
     AUSA  Alphonso Andrews
     Patricia Cooke, AFPD or <u>Attorney Jeffrey Moorhead, Esq, Alvin Entin, Esq</u>
     U.S. Marshals Service
     U.S. Probation & Pretrial Services

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1(b)(14)(A) and has entered a plea of guilty to Count(s) __II (2)__ of the __Indictment__ After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) was/were knowledgeable and voluntary as to each Count and the offense(s) charged is/are supported by in independent basis in fact continuing each of the essential elements of such offense(s). I therefore recommend that the plea(s) of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: 09/09/11

ENTER:

_____
U.S. MAGISTRATE JUDGE

ATTEST:
WILFREDO F. MORALES
Clerk of Court
By: _____
     Deputy Clerk